# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES,<br><br>               Plaintiffs,<br>  v.<br>MARY L. PIERSON; and DOES 1 through 10, inclusive,<br><br>               Defendants. | Case No. 06-CV-02099-JM (WMc)<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT**<br><br>[FRCvP Rule 41(a)(2) ] |

    Based upon Plaintiffs' Motion for Voluntary Dismissal [Docket No. 3], it is hereby

    ORDERED that all Defendants are dismissed with prejudice from Plaintiffs' complaint. Additionally, Plaintiffs' civil complaint is dismissed in its entirety.

    **IT IS SO ORDERED**.

DATED: January 25, 2007

                                             Hon. Jeffrey T. Miller<br>                                             United States District Judge

cc: All Parties

05CR1119